Law Offices Of
LEE NUWESRA
One Grand Central Place
60 East 42nd Street, Suite 1027
New York, N.Y. 10165

TEL: (C) (845) 553-3238 || (O) (212) 370-8707
lnuwesra@optonline.net

**VIA ECF**

March 18, 2024

The Honorable Lee G. Dunst
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re: *Urbina Palacios v. Alifine Dining Inc. et al*. Case No.: 19-cv-06930 (LGD)

Dear Judge Dunst:

The undersigned represent Defendants in the above referenced matter. I respectfully submit this letter in response to Plaintiff's letter motion, dated 3-18-2024 (Doc. No. 41). In submitting his letter motion for extension of time to submit the Joint Cheeks Settlement Motion, Plaintiff's Counsel violated Your Honor's Individual Rule II E, in many respects. Mr. Stein is making his request three(3) calendar days after the deadline has passed. Your Honor's Rules require at least three (3) business days prior to the deadline, absent an emergency, to submit such requests. Moreover, Mr. Stein does not explain why it has taken him this long to contact the Court, after numerous Orders.

Just as significant, is the fact that Mr. Stein did not contact me or attempt to do so, before submitting his request. Had Mr. Stein contacted me, I would have informed him that his requested extension until Friday, 3-22-2024 won't do; as I will be out of work, from 3-20-2024 until 3-26-2024. Based on the foregoing, should this Honorable Court be inclined to grant Mr. Stein's request for additional time, I ask that the Court allow Defendants more time to meaningfully review Mr. Stein's anticipated proposed Joint Cheeks Motion,[1] after my return to work. Additionally, there has been no finalization of the Settlement Agreement in this matter. To that end, Defendants respectfully ask that this Honorable Court extend the time until 3-31-2024.

Defendants thank this Honorable Court for its attention to this matter.

Respectfully Submitted,
/s/
Lee Nuwesra, Esq.

LN:an
cc: All Counsel of Record (Via ECF)

[1] **Although Mr. Stein represented to the Court, that I will be provided with a copy of the Cheeks submission, today; as of the transmission of this letter, no submissions have been provided to me.**